UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CLEMENTE SARAT ORDONEZ, Petitioner,<br><br>v.<br><br>JEREMY CASEY, Facility Administrator, Imperial Regional Detention Facility, et al.,<br><br>Respondents. | Case No.: 26cv4320-LL-AHG<br><br>**ORDER DISMISSING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**<br><br>[ECF No. 1] |

Before the Court is Petitioner Alex Clemente Sarat Ordonez's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, alleging that he is wrongfully detained under 8 U.S.C. § 1225(b). ECF No. 1 ("Pet."). Petitioner seeks immediate release from immigration custody or, in the alternative, a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* at 15.

The government filed a Status Report stating that Petitioner was provided a bond hearing three days after the Petition was filed, in which he was granted bond and subsequently released from detention on August 4, 2026. ECF No. 4. The government requests the Court dismiss the Petition as moot. *Id.* Petitioner opposes, asking the Court to

enjoin the government from rearresting or re-detaining Petitioner absent lawful statutory authority and compliance with applicable constitutional protections. ECF No. 5.

The Court finds it appropriate to dismiss the Petition as moot because Petitioner was provided a bond hearing, which is what the Court would have ordered had he prevailed on his Petition. Accordingly, the Court **DISMISSES AS MOOT** the Petition.

**IT IS SO ORDERED.**

Dated: August 26, 2026

Honorable Linda Lopez
United States District Judge