# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alex Clemente Sarat Ordonez

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-4320-LL-AHG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES AS MOOT the Petition. This case is hereby closed.

**Date:** 9/9/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4320-LL-AHG

Respondents:

Christopher J. LaRose,
Senior Warden of Otay Mesa Detention Center;

David J. Venturella,
Director of Immigration and Customs Enforcement;

Gregory J. Archambeault,
Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement;

Todd Blanche,
U.S. Attorney General;

Executive Office for Immigration Review;

Markwayne Mullin,
Secretary, U.S. Department of Homeland Security